1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE:  (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT TIN IV
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA    )     CASE NO: 2:03-mj-00115-GGH
9                Plaintiff,    )
                               )     APPLICATION FOR ORDER
10 v.                          )     EXONERATING BOND AND FOR
                               )     RECONVEYANCE OF REAL
11 TIN IV                      )     PROPERTY AND ORDER THEREON
                 Defendant.    )
12 _____   )

13
        Defendant Tin Iv, by and through his counsel of record, Attorney Jim T. Elia, hereby moves
14
   this court for an order exonerating the bond and for reconveyance of real property in the above-
15
   captioned case.
16
        On September 27, 2004, defendant Tin Iv surrendered for service of his sentence to the
17
   Bureau of Prisons in the State of California.  Mr. Iv has completed his sentence of (12) twelve
18
   months and (1) one day.
19
        On June 10, 2003 a deed of trust and promissory note was provided to the court for property
20
   located at 5249 RiverBrook Drive, Stockton, California, 95219. Owner, Dan Doun Iv. The property
21
   in question was used as a property bond to secure Mr. Iv's appearances.
22
        Since Mr. Iv has completed his sentence, the above owner respectfully request the court
23
   exonerate the bond previously set by the magistrate court and reconvey title to the real property
24
   securing said bond.
25
   DATED: September 21, 2005                    Respectfully submitted,
26

27

28                                             /s/ JIM T. ELIA
                                               ATTORNEY FOR DEFENDANT
                                               TIN IV

1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600                    FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT TIN IV
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA    )        CASE NO: 2:03- mj-00115- GGH
9              Plaintiff,       )
                                )        **ORDER**
10  vs                          )
                                )
11  TIN IV                      )
              Defendant.        )
12  _____ )

13         **IT IS HEREBY ORDERED** that the bond in the above-captioned case be

14  exonerated and title to the real property securing said bond be reconveyed to the owner of said

15  property.

16
                                        GREGORY G. HOLLOWS
17  DATED: _____          _____
18                               HONORABLE, GREGORY G. HOLLOWS
                                 UNITED STATES CHIEF MAGISTRATE
19                               JUDGE OF THE EASTERN DISTRICT OF
                                 CALIFORNIA
20

21

22

23

24

25

26

27

28

                                  - 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -